UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

MICHAEL ANGELO BURNETT,

                Plaintiff,             Case No. 2:25-cv-267

v.

                                          Honorable Phillip J. Green

MARY SCHULTZ, et al.,

                Defendants.

_____/

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES AND DISMISSING AS MOOT OTHER PENDING MOTIONS

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Plaintiff's motions to appoint counsel (ECF Nos. 7 and 37) are **DENIED**.

**IT IS FURTHER ORDERED** that the following motions filed by Plaintiff are **DISMISSED as moot**: motions for a temporary restraining order (ECF Nos. 6, 14, and 16), motion for U.S. Marshals intervention (ECF No. 19), motion to expedite consideration of the motion for a temporary restraining order (ECF No. 22), motion for U.S. Marshals investigation (ECF No. 24), amended motion for a temporary restraining order (ECF No. 27), motion for preliminary injunction (ECF No. 33),

motions for default judgment (ECF Nos. 29 and 35), and a motion to expedite the prescreening of his complaint. (ECF No. 36.)

Dated:  July 17, 2026                    /s/ Phillip J. Green
                                         PHILLIP J. GREEN
                                         United States Magistrate Judge