UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

MICHAEL ANGELO BURNETT,

          Plaintiff,

v.

MARY SCHULTZ, et al.,

          Defendants.

_____/

Case No. 2:25-cv-267

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is

**DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as

a new action in this Court with the full civil action filing fees.


Dated:  July 17, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge